UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
DAVID ALLEN SOAVE &  Bankruptcy Case No. 08-30150-DSO
LYNN MARIE SOAVE,  Chapter 7
  Hon. Daniel S. Opperman

                                  Debtor(s)
_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

      The attached check in the amount of $1.88 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Internal Rev. Service | 1I | 1.88 |

Dated: September 8, 2009  /s/ Samuel D. Sweet
                                                    Samuel D. Sweet, Chapter 7 Trustee
                                                    P.O. Box 757
                                                    Ortonville, MI 48462-0757
                                                    248-236-0985
                                                    ssweet@trusteesweet.us